| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Strategic Environmental Partners, LLC

Case No.: 16-27757-CMG

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 10/18/16

Judge: CMG

## ADJOURNMENT REQUEST

1. I, __Batya G. Wernick__,

   ☒ am the attorney for: __Debtor Strategic Environmental Partners, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: October 18, 2016; 2 pm

   New date requested: November 1, 2016 at 2 pm  *or Nov. 2nd.*

   Reason for adjournment request: October 18th is the Jewish holiday of Sukkot which I observe. (Nov. 1st is the hearing date on the motions in the Bernardi (related) matter.)

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   *The State advised it does not object to adjourning to November 2nd.*

I certify under penalty of perjury that the foregoing is true.

Date: October 10, 2016                    _____
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted              New hearing date: _____    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*